■ In the Matter of JUAN CRUZ et al., Appellants, v JOSEPH J. CHRISTIAN, as Chairman of the New York City Housing Authority, Respondent. — In a proceeding pursuant to CPLR article 78 to review a determination of respondent dated January 20, 1982, which, after a hearing, placed petitioners on general probation for one year upon the condition that petitioners permanently remove a dog from their apartment, petitioners appeal from a judgment of the Supreme Court, Queens County (Goldstein, J.), dated September 29, 1982, which, after a hearing, dismissed the proceeding.

Judgment affirmed, without costs or disbursements.

The determination of respondent is supported by substantial evidence (see *300 Gramatan Ave. Assoc. v State Div. of Human Rights,* 45 NY2d 176). Furthermore, the penalty imposed was not so disproportionate to the offense as to be shocking to one's sense of fairness (see *Matter of Pell v Board of Educ.,* 34 NY2d 222).

The law is clear that the no-pet rule of respondent is reasonable and enforceable (see *Trump Vil. Section 3 v Moore,* 84 AD2d 812; *Megalopolis Prop. Assoc. v Buvron,* 125 Misc 2d 32; *Riverbay Corp. v Klinghoffer,* 34 AD2d 630; *Matter of Didyk v Golar,* NYLJ, Jan. 18, 1972, p 17, col 7, affd 40 AD2d 639, mot for lv to app den 31 NY2d 645, app dsmd 31 NY2d 963). Titone, J. P., Mangano, Gibbons and O'Connor, JJ., concur.